CORNELIUS DACEY, Plaintiff, v. RUBE R. FOGEL, Defendant. In the
Matter of the Claim of THEODORE PRINCE, Appellant, v. RUBE R. FOGEL

Respondent.— Order modified as indicated in order and as so modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.